**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00114-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARIO DOUGLAS RODRIGUEZ,
 a/k/a Mario Rascal,
2. ANGEL WILLIAM TUNCAP, and
3. RICHARD HENRY VISOR,

 Defendants.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

 This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **April 15, 2010** and responses to these motions shall be filed by **April 26, 2010**. It is

 FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **April 30, 2010 at 3:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

 FURTHER ORDERED that a four-day jury trial is set for **May 10, 2010 at 9:00 a.m.**, in Courtroom A602.

 DATED: March __25__, 2010     BY THE COURT:

                  _Christine M. Arguello_
                  _____
                  CHRISTINE M. ARGUELLO
                  United States District Judge